IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Case No. 1:23-cv-00273 |
| v. | |
| RYAN R. RILEY, | |
| Defendant. | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ENTRY OF FINAL JUDGMENT AS TO DEFENDANT RYAN R. RILEY**

Plaintiff Securities and Exchange Commission (the "Commission" or "SEC") respectfully submits this motion for entry of final judgment as to Defendant Ryan R. Riley ("Riley"). For the reasons set forth in the memorandum of law filed herewith, the Commission respectfully requests that the Court enter a final judgment that orders Riley to pay disgorgement of $462,506, offset by the Consent Order of Forfeiture in the parallel criminal case, *United States v. Ryan Reaume Riley*, Case No. 1:23-cr-43 (E.D. Va.), for a remaining balance due of $28,406.

A proposed final judgment also is filed herewith for the Court's consideration.

1

Dated:  July 21, 2023

Respectfully submitted,

*/s/ Timothy K. Halloran*
Timothy K. Halloran (VSB No. 48352)
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5985
Tel:  (202) 551-4414
Fax: (202) 772-9292
Email:  HalloranT@sec.gov

Spencer Willig
Gregory R. Bockin
Brendan P. McGlynn
Christine R. O'Neil
Securities and Exchange Commission
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Tel:  (215) 597-3100
Fax: (215) 597-2740
Email: WilligS@sec.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.  I will then send the document and a notification of such filing (NEF) to the following party via the methods indicated:

**VIA U.S. MAIL AND PERSONAL SERVICE**
Mr. Ryan R. Riley
18517 Perdido Bay Terrace
Leesburg, VA 20176-7407

*/s/ Timothy K. Halloran*
Timothy K. Halloran (VSB No. 48352)
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-5985
Tel:  (202) 551-4414
Fax: (202) 772-9292
Email:  HalloranT@sec.gov